1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11    MARIA KARAPETIAN, an individual,        Case No. CV13-6083 DMG (JCGx)

12          Plaintiff,

13          vs.                                **ORDER ON STIPULATION FOR DISMISSAL [38]**

14    TRANSGUARD INSURANCE
      COMPANY OF AMERICA, INC., an
15    Illinois corporation and DOES 1
      through 60, inclusive,
16
            Defendants.
17

18

19          Pursuant to the parties' Stipulation for Dismissal, through their respective

20    attorneys of record, that the above-entitled action be dismissed with prejudice

21    pursuant to Federal Rules of Civil Procedure 41(a)(1), and good cause appearing,

22          IT IS HEREBY ORDERED that this action is hereby dismissed with

23    prejudice.

24

25    DATED:  September 10, 2014        _____
                                        DOLLY M. GEE
26                                      UNITED STATES DISTRICT JUDGE

27

28

1